UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **DEMARIO WALKER,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   09-624-B-S |
| ) | |
| **CIRCUIT COURT CLERK, et al,** ) | |
| ) | |
| **Defendant** ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 5) filed January 5, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiff's Complaint (Docket No. 1) is **DISMISSED** because there is no actual case or controversy presented by the facts pled in the Complaint by Plaintiff.  In addition, Plaintiff's Motions to Proceed Without Prepayment of Fees (Docket Nos. 2 and 4) are **DENIED**.

  /s/ George Z. Singal              
United States District Judge

Dated this 25th day of January, 2010.